**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **FREDERICK J. GREDE**, not individually but as Liquidation Trustee of the Sentinel Liquidation Trust, | ) ) ) ) | |
| Plaintiff, | ) | **CASE NO. 09-CV-00115** |
| v. | ) ) | |
| **IFX MARKETS, INC., and IPGL, LTD.** | ) | Honorable Martha M. Pacold |
| Defendants. | ) ) ) | |

**STIPULATED DISMISSAL WITH PREJUDICE**

This Stipulated Dismissal is entered into by and between Frederick J. Grede, not individually but as the Liquidation Trustee of the Sentinel Liquidation Trust, and Defendants IFX Markets, Inc. and IPGL, Ltd. (collectively, the "Parties"). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of the above-captioned adversary proceeding with prejudice.

**STIPULATED AND AGREED:**

Dated: September 21, 2020

| | |
|---|---|
| **FREDERICK J. GREDE**, **Liquidation Trustee of the Sentinel Liquidation Trust** | **IFX MARKETS, INC., and IPGL, LTD.** |
| By: */s/ Catherine Steege* | By: /s/ *John Delnero* |
| Catherine L. Steege (ARDC # 6183529)<br>Vincent E. Lazar (ARDC # 6204916)<br>Angela M. Allen (ARDC #6295519)<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654<br>Phone: (312) 222-9350<br>Facsimile: (312) 527-0484 | John Steven Delnero (ARDC #6195914)<br>Bevin Megan Brennan<br>PEDERSEN & HOUPT, P.C.<br>161 N. Clark Street<br>Suite 2700<br>Chicago, IL 60601<br>(312) 261-21885<br>Email: jdelnero@pedersenhoupt.com<br>bbrennan@pedersenhoupt.com |
| *Counsel for the Liquidation Trustee* | *Counsel for IFX Markets, Inc. and IPGL, LTD.* |